```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


DORIS R. KING,                )
        Plaintiff,            )
                              )
        v.                    )     C.A. No. 03-12591-RGS
                              )
WEST ROXBURY VAMC, et al.,    )
        Defendants.           )
```

                        PROCEDURAL ORDER

     On December 22, 2003, plaintiff, a resident of Allston, Massachusetts, filed her self-prepared complaint against the West Roxbury VAMC and nurse Mary Hanlon.  With her complaint, plaintiff submitted an Application to Proceed Without Prepayment of Filing Fees and Affidavit ("Application").  See Application, Docket No. 1.

     Because plaintiff failed to completely answer question 3 concerning her income, the Court is unable to determine whether plaintiff is indigent.  Plaintiff will be granted additional time to file a Second Application to Proceed Without Prepayment of Fees and Affidavit.  Plaintiff's failure to file a Second Application to Proceed Without Prepayment of Fees will result in the denial of her original Application without prejudice.

                           CONCLUSION

     If plaintiff wishes to proceed with this action, she shall file, within thirty-five (35) days of the date of this

Procedural Order, a Second Application to Proceed Without Prepayment of Fees and Affidavit or her original Application will be denied without prejudice.

The Clerk is directed to send plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>7th</u> day of <u>January</u>, 2004.

                                        <u>/s Richard G. Stearns</u>
                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE