UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DORIS R. KING                         ,
              Plaintiff,

       v.                             Civil Action No.  03-12591-RGS

WEST ROXBURY VAMC, , et al.          ,
              Defendants.

ORDER ON APPLICATIONS TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court are plaintiff's application to proceed without prepayment of fees (Docket No. 1) and second application to proceed without prepayment of fees (Docket No. 3) under 28 U.S.C. § 1915:

The first application to proceed without prepayment of fees (Docket No. 1) is
☒     DENIED as incomplete.

The second application to proceed without prepayment of fees is:

☒     GRANTED.

☒     The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

G     The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 February 2, 2004                           /s Richard G. Stearns
DATE                                       RICHARD G. STEARNS
                                           UNITED STATES DISTRICT JUDGE