**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Doris R. King | COURT CASE NUMBER: 03-12591-NMG |
| DEFENDANT: W. Roxbury VAMC & Mary Hanlon | TYPE OF PROCESS: S+C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mary Hanlon

**AT** ADDRESS: 1400 VFW Parkway  W. Roxbury MA 02132

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Doris B King
1395 Comm Ave
Apt #32
Allston MA 02134

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 NOV 16 P

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-787-7468 / 678-526-9643
DATE: 10/28/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 11/16/04 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Julauora | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Dube, Richard, VA Police Officer

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
VA Hospital
Belmont St.
Brockton MA

| Date of Service | Time |
|---|---|
| 11/18/04 | 11:25 am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 15.60 | | 104.60 | | 104.60 |

REMARKS:
① 11/18/04 — Hanlon not at VA W. Roxbury, went to VA Brockton
② 11/18/04 11:25am — Dube, officer, advised papers will be forwarded to Hanlon when she returns to work Sat 11/20

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS _____

DORIS R. KING

V.                                    **SUMMONS IN A CIVIL CASE**

WEST ROXBURY VAMC, et al.

CASE NUMBER: 03-12591-NMG

TO: (Name and address of Defendant)

Mary Hanlon  WR VAMC
1400 VFW Parkway
S. Roxbury, Mass 02132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ms. Doris R. King, pro se
Apt. 32
1395 Commonwealth Ave.
Allston, MA  02134

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _[signature]_           DATE 10/8/04



(By) DEPUTY CLERK