UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DORIS R. KING, <br><br> Plaintiff, <br><br> v. <br><br> WEST ROXBURY VAMC & MARY HANLON <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-12591-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATION OF MICHAEL J. SULLIVAN

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in the United States Attorney by the Assistant Attorney General under 28 C.F.R. § 15.3, hereby certify that I have read the plaintiff's Complaint in this action. On the basis of the information now available with respect to the incidents referred to therein, I find that the individual federal defendant, Mary Hanlon, was acting within the scope of her employment and office as an employee of the United States at the time that the incidents out of which plaintiff's claims arose occurred.

Dated:   January 24, 2005.
Boston, Massachusetts

Michael J. Sullivan
United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

-2-

## CERTIFICATE OF SERVICE

I, Jeffrey M. Cohen, Assistant U.S. Attorney, do hereby certify that I have this 24th day of January served a copy of the foregoing Certification of Michael J. Sullivan by First Class Mail upon:

Doris R. King
1395 Commonwealth Avenue
Apartment 32
Allston, MA 02134
(617) 787-7468

Jeffrey M. Cohen
Assistant U.S. Attorney