## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DORIS R. KING, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-12591-NMG |
| WEST ROXBURY VAMC & MARY HANLON, | ) |
| Defendants. | ) |

## **ORDER**

The Court having been fully apprised that the United States Attorney has certified that Mary Hanlon was acting within the scope of her employment at the time of the incident giving rise to this suit, and the Court having been apprised of the substitution of the United States of America pursuant to 28 U.S.C. § 2679(d)(1), it is hereby

ORDERED that the claims set forth in the Complaint are dismissed with respect to the individual defendant Mary Hanlon, and the West Roxbury VA Medical Center.

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States of America as the sole defendant.

UNITED STATES DISTRICT JUDGE

DATED: _____