UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DORIS R. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 03-12591-NMG |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States of America have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

| | |
|---|---|
| /s/ Jeffrey M. Cohen | /s/ Edward J. Lukey |
| Jeffrey M. Cohen | Edward J. Lukey |
| Assistant United States Attorney | Regional Counsel |
| | Office of Regional Counsel |
| | Department of Veterans Affairs |

Dated:   June 17, 2005