```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
DORIS R. KING,                )
                              )
     Plaintiff,               )
                              )   C.A. No. 03-12591-NMG
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)
```

## SUBSTITUTION OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Jeffrey M. Cohen.

                                        Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                  By: /s/ Rayford A. Farquhar
                                      Rayford A. Farquhar
                                      Assistant U.S. Attorney
                                      John J. Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      (617) 748-3100

Dated: October 21, 2005

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that the foregoing document was served upon Plaintiff, Doris R. King, by first class mail, postage prepaid at 1395 Commonwealth Avenue, Apartment 32, Allston, MA 02134.

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant U.S. Attorney