### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Doris King,

                Plaintiff

                                              CIVIL ACTION:03-12591-NMG

                V.

West Roxbury Veteran's Affairs, et al.,
                Defendant

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

        After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **Magistrate Judge** for the following ADR program:

       _____ EARLY NEUTRAL EVALUATION    **X**    MEDIATION

       _____ MINI-TRIAL                       \_\_\_\_\_ SUMMARY JURY TRIAL

       _____ SETTLEMENT CONFERENCE      _____ SPECIAL MASTER

       _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

        Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                  NATHANIEL M. GORTON

                                  UNITED STATES DISTRICT JUDGE

    **10/25/06**                        **By:**   _/S/ Craig J. Nicewicz,_
       DATE                                Deputy Clerk

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | x | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | ASAP, by mid November 2006 if possible | | |