```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| DORIS R. KING, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Docket No. |
| ) | 03-12591-NMG |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Defendant. ) | |

**ASSENTED TO MOTION OF THE DEFENDANT
FOR AN EXTENSION OF TIME
TO FILE A DISPOSITIVE MOTION**

The defendant, United States of America, through its respective attorneys, moves this Court for an extension of time to file a dispositive motion. As grounds therefore, the defendant states as follows:

1. On October 18, 2006 the parties were before the Court for a Status Conference. During this Status Conference, the Court determined that this case could benefit from being referred to mediation;

2. This Court determined that if the parties were not successful at mediation, sufficient time would remain for the defendant to file a dispositive motion;

3. The parties were notified that they were scheduled for mediation before M.J. Dien on December 8, 2006;

4. On December 8, 2006 the defendant was present for the mediation and the pro se plaintiff did not appear. M.J. Dien's Clerk contacted the pro se plaintiff by telephone and was informed by the pro se plaintiff that she was sick;

5. M.J. Dien rescheduled the mediation to January 3, 2006;

6. The defendant is seeking an extension to file its dispositive motion up to and including January 12, 2007;

7. The defendant would suggest that the pro se plaintiff's opposition would be due on January 26, 2007;

8. As originally scheduled by the Court, the following timetable would continue to be in effect as follows:

   (i) Jury Questions and Exhibits due January 29, 2007;

   (ii) Oppositions to Exhibits and Proposed Verdict Forms due February 5, 2007; and

   (iii) Trial scheduled for February 12, 2007.

WHEREFORE, the defendant seeks up to and including January 12, 2007 to file its dispositive motion, and this additional time will allow the parties to participate in mediation as originally ordered by the Court.

Respectfully submitted,

For the Defendants,
MICHAEL J. SULLIVAN
United States Attorney

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3284

Dated: December 19, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document was served upon the pros se plaintiff, Doris R. King, by First Class Mail, postage prepaid at 1395 Commonwealth Avenue, Apartment 32, Allston, MA 02134.

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar

**LOCAL RULE 7.1 CERTIFICATION**

    On Tuesday, December 19, 2006 I Rayford A. Farquhar, certify that I spoke with the pro se plaintiff Doris King by telephone and she understood and assented to the filing of this Motion.

                                        /s/ Rayford A. Farquahr
                                        Rayford A. Farquhar
                                        Assistant U.S. Attorney