UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DORIS R. KING, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 03-12591-NMG |
| | ) | |
| WEST ROXBURY VAMC | ) | |
| and MARY HANLON, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  January 3, 2007 , I held the following ADR proceeding:

    _____  SCREENING CONFERENCE      _____  EARLY NEUTRAL EVALUATION

    \_\_X\_\_  MEDIATION      _____  SUMMARY BENCH/JURY TRIAL

    _____  MINI-TRIAL      _____  SETTLEMENT CONFERENCE

The plaintiff appeared pro se and the defendant was represented by counsel.

The case was:

[ X ]  Settled.  Your clerk should enter a **60-day** order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

 

                                                              / s / Judith Gail Dein
                                                           Judith Gail Dein, U.S. Magistrate Judge
DATED:  January 3, 2007                                   ADR Provider