UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Doris R. King,
       Plaintiff

v.                                                                   Civil Action No. 03-12591-NMG

West Roxbury VAMC and Mary Hanlon,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

      The Court having been advised by ADR report on 1/3/07 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

1/4/07                                                                _____
  Date                                                               Craig J. Nicewicz
                                                                    Courtroom Clerk